IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02571-BNB

DENNIS R. McGUIRE,

Plaintiff,

v.

SOCIAL SEC. ADMIN.,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 17 2008

GREGORY C. LANGHAM
CLERK

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff, Dennis R. McGuire, has filed *pro se* a complaint and a motion seeking leave to proceed *in forma pauperis*. The motion seeking leave to proceed *in forma pauperis* will be granted.

The court must construe the complaint liberally because Mr. McGuire is not represented by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. McGuire will be ordered to file an amended complaint.

The court has reviewed the complaint and has determined that it is deficient because the complaint does not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the

plaintiff is entitled to relief. *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." The philosophy of Rule 8(a) is reinforced by Rule 8(e)(1), which provides that "[e]ach averment of a pleading shall be simple, concise, and direct." Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Mr. McGuire fails to set forth a short and plain statement of his claims showing that he is entitled to relief. In fact, the complaint filed by Mr. McGuire does not list any claims at all. Although it appears that Mr. McGuire is seeking judicial review of an administrative decision denying him social security disability benefits, it is not clear why he disagrees with the administrative decision or why he seeks judicial review of that decision.

A decision to dismiss a pleading pursuant to Rule 8 is within the trial court's sound discretion. *See Atkins v. Northwest Airlines, Inc.*, 967 F.2d 1197, 1203 (8th Cir. 1992); *Gillibeau v. City of Richmond*, 417 F.2d 426, 431 (9th Cir. 1969). The

court finds that the complaint does not meet the requirements of Fed. R. Civ. P. 8(a) and that Mr. McGuire should be given an opportunity to file an amended complaint. He will be directed to do so below. Accordingly, it is

ORDERED that the motion seeking leave to proceed *in forma pauperis* is granted. It is

FURTHER ORDERED that Mr. McGuire file, **within thirty (30) days from the date of this order**, an amended complaint that complies with the pleading requirements of Fed. R. Civ. P. 8 as discussed in this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. McGuire, together with a copy of this order, two copies of the following form: Complaint. It is

FURTHER ORDERED that, if Mr. McGuire fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED January 17, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02571-BNB

Dennis R. McGuire
PO Box 16142
Golden, CO 80402

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint** to the above-named individuals on \_\_1\|17\|08\_\_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk