IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02571-BNB

DENNIS R. McGUIRE,

Plaintiff,

v.

SOCIAL SEC. ADMIN.,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 26 2008

GREGORY C. LANGHAM
                    CLERK

ORDER OF DISMISSAL

Plaintiff Dennis R. McGuire initiated this action by filing *pro se* a Complaint. On January 17, 2008, Magistrate Judge Boyd N. Boland ordered Mr. McGuire to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Mr. McGuire was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

Mr. McGuire has failed within the time allowed to file an amended complaint and he has failed to respond to Magistrate Judge Boland's January 17 order in any way. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to file an amended complaint as directed.

DATED at Denver, Colorado, this 25 day of February, 2008.

BY THE COURT:

*signature*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02571-BNB

Dennis R. McGuire
PO Box 16142
Golden, CO 80402

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/26/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk